USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 2 5 2020

**RICHARD J. MA, ESQ.**
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com

SO ORDERED:

*/s/ George B. Daniels/*
George B. Daniels, U.S.D.J.

Dated: SEP 2 5 2020

September 24, 2020

*Via ECF*
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v Mario Garcia Bracamonte*
               20 Cr. 139-2 (GBD)

Dear Judge Daniels:

      As Your Honor is aware, I am counsel to Mr. Mario Garcia Bracamonte in the above-referenced matter. This correspondence is to respectfully request that the Court order the Metropolitan Correctional Center New York ("MCC") to provide immediate medical attention for Mr. Bracamonte.

      Mr. Bracamonte suffers from a number of ailments for which he requires medical attention, including: blood in his stool, mouth sores and fatigue. Based upon his medical history, Mr. Bracamonte is concerned that the symptoms are indicative of cancer. Since his arrest and detention on January 22, 2020, Mr. Bracamonte made numerous requests to MCC authorities for medical attention, to no avail. Additionally, since bringing his physical conditions to my attention, both A.U.S.A. Daniel Nessim and myself have contacted the legal department of MCC by email on numerous occasions to request medical treatment for Mr. Bracamonte. In response, I was advised that MCC Legal requested that their medical staff attend to Mr. Bracamonte's medical needs. Despite these requests, Mr. Bracamonte has not received any medical attention for his conditions.

      Thus, after numerous requests by Mr. Bracamonte; and no less than three email requests from myself and the government, Mr. Bracamonte has not received any meaningful medical attention. Accordingly, we respectfully request that the Court order MCC to provide full medical testing and treatment for Mr. Bracamonte. Based upon my com-

munications with A.U.S.A. Daniel G. Nessim, the government has no opposition to this request.

    We thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                         /s/ Richard J. Ma

                                       Richard J. Ma, Esq.

cc via email:   A.U.S.A. Daniel G. Nessim