**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

MARIO GARCIA BRACAMONTE,

        Defendant.

------------------------------------ x



ORDER

20 Cr. 139-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for June 16, 2021 at 9:00 a.m.

Dated: New York, New York
      May 24, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge