# RICHARD J. MA, ESQ.
20 Vesey Street, Suite 400
New York, New York 10007
Tel. (212) 431-6938
Fax. (212) 964-2926
E-mail: richardmaesq@yahoo.com



June 17, 2021

*Via ECF*
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

George B. Daniels, U.S.D.J.

Dated: JUN 2 2 2021

      Re:    *United States v Mario Garcia Bracamonte*
              20 Cr. 139-2 (GBD)

Dear Judge Daniels:

      As Your Honor is aware, I am counsel to Mr. Mario Garcia Bracamonte in the above-referenced matter. This correspondence is to respectfully request that the Court order the Metropolitan Correctional Center New York ("MCC") to provide to Mr. Bracamonte immediate medical testing and treatment for prostate cancer.

      Mr. Bracamonte suffers from rectal bleeding and, based upon his medical history, he is concerned that the symptoms are indicative of prostate cancer. After numerous requests for medical attention since his arrest and detention on January 22, 2020, Mr. Bracamonte has received some medical attention. However, much of the medical testing and treatment has not been focused on prostate cancer, but rather for hemorrhoids and other conditions. Since the medical attention at the MCC has been inconsistent and slow, likely for pandemic-related reasons, Mr. Bracamonte is understandably concerned that testing and treatment for prostate cancer has not been aggressive enough, jeopardizing his health and safety.

      Accordingly, we respectfully request that the Court order MCC to provide to Mr. Bracamonte full medical testing and treatment, specifically focused on prostate cancer.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Richard J. Ma

Richard J. Ma, Esq.

cc via email:   A.U.S.A. Daniel G. Nessim